UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE ORTEGA, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00279-VC   (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 2 |

　　　　Plaintiff Steven Wayne Bonilla, a state inmate, has filed a *pro se* civil action under 42 U.S.C. § 1983 against Deputy Attorney General Bruce Ortega, David Nickerson, California Supreme Court Chief Justice Tani G. Cantil-Sakauye and California Supreme Court Justices Kathryn M. Werdegar, Carol A. Corrigan, Ming W. Chin and Goodwin H. Liu.  Bonilla also moves for leave to proceed *in forma pauperis*.  Bonilla has been disqualified from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g) unless he is "under imminent danger of serious physical injury" at the time he filed his complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, No. C 11-3180 CW (PR); *Bonilla v. Dawson*, No. C 13-0951 CW (PR).

　　　　The allegations in this complaint do not show that Bonilla was in imminent danger at the time of filing.  Therefore, the motion to proceed *in forma pauperis* is denied.  Moreover, even if the IFP application were granted, his lawsuit would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).  Accordingly, the case is dismissed with prejudice.

This Order terminates docket number 2.

The Clerk shall enter a separate judgment and close the case.

**IT IS SO ORDERED.**

Dated: January 31, 2017

_____
VINCE CHHABRIA
United States District Judge